*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# District of Columbia
# Court of Appeals

**No. 19-BG-222**

IN RE JASON LEE VAN DYKE

**2019 DDN 25**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1027245**

BEFORE: Fisher, Thompson, and Easterly, Associate Judges.

**O R D E R**
(FILED- June 6, 2019)

On consideration of the two separate certified orders from the state of Texas wherein respondent admitted that in one case he threatened a party with civil or criminal action to gain an advantage in a civil matter and in another matter he threatened an individual with physical violence and respondent further agreed that his cumulative discipline for these two matters should be an eighteen-month suspension from the practice of law, all but three months stayed, followed by a fifteen-month period of probation subject to the conditions imposed by the state of Texas; this court's March 25, 2019, order suspending respondent and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file a response to this court's show cause order; and it further appearing that respondent filed his D.C. Bar R. XI, §14(g) affidavit on April 22, 2019, it is

ORDERED that Jason Lee Van Dyke is hereby suspended from the practice of law in the District of Columbia for a period of eighteen months, *nunc pro tunc* to April 22, 2019, all but three months of the suspension stayed, followed by a fifteen-month period of probation subject to the conditions imposed by the state of Texas. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**